ANNA COLWELL, Respondent, *v.* HERBERT FARRIS, Appellant.

(Argued April 7, 1930; decided May 6, 1930.)

*John W. Bonney* for appellant.

*Thomas F. Franklin* and *Herman J. Wittstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ.   Not sitting: LEHMAN, J.